Billy Raymond ANDERSON, Plaintiff–Appellant,

v.

Officer R. ADAMS; Brian K. Wells, Defendants–Appellees.

No. 15–7354.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2015.

Decided: Nov. 24, 2015.

Billy Raymond Anderson, Appellant Pro Se.

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Raymond Anderson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Anderson v. Adams,* No. 5:15–ct–03087–D (E.D.N.C. Aug. 7, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*